LOCKPORT ENTERPRISES, INC., Appellant and Respondent, *v.* LOCK CITY THEATRES, INC., et al., Respondents and Appellants.

(Argued November 20, 1933; decided December 5, 1933.)

*Jules C. Randal* and *Frank G. Raichle* for plaintiff, appellant and respondent.

*Warner F. Thompson* for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.